UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: REQUEST FOR
INTERNATIONAL JUDICIAL           Case No. 2:13-mc-47-FtM-38UAM
ASSISTANCE FROM THE DISTRICT
COURT OF KRAKOW, POLAND

## ORDER

This matter comes before the Court on the United States of America's Application for Order Under 28 U.S.C. § 1782(a) (Doc. #1) filed on September 17, 2013. The United States seeks to have an Assistant United States Attorney appointed as a Commissioner under 28 U.S.C. § 1782(a) for the purpose of gathering the requested evidence and taking all other necessary actions to render the assistance requested in the Letters Rogatory issued by the District Court in Krakow, Poland, pursuant to the Convention of 18 March 1970, on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, TIAS No. 7 444, 1972 WL 122493.

The United States has submitted the Polish Court's Letters Rogatory and Case Description, along with English language translations thereof. The United States also satisfied the Court that Hague Evidence Convention has been entered into force between the United States of America and the Republic of Poland.

Accordingly, it is now

**ORDERED:**

(1) United States of America's Application for Order Under 28 U.S.C. 1782(a) (Doc. #1) is **GRANTED**.

(2) Pursuant to 28 U.S.C. § 1782(a), Assistant United States Attorney Kyle S. Cohen is appointed as a Commissioner for the purpose of rendering

assistance as requested in the Letters Rogatory issued by the Polish Court. Said Commissioner's powers shall include the ability to obtain any requested evidence, as well as to administer such oaths, take such testimony or statements, issue such subpoenas, seek any further Orders as are necessary, and take such other actions as are necessary to render the assistance requested by the Polish Court.

(3) The Clerk is directed to provide a certified copy of this Order to Assistant United States Attorney, Kyle S. Cohen.

(4) The Clerk is directed thereafter to **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record